**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| VS. : | Docket No. H-90-18 (AHN) |
| FRANK PUGLIANO : | March 20, 2006 |

<u>APPEARANCE</u>

To the Clerk of this Court and all parties of record:

In addition to counsel already of record, please enter my appearance as counsel for the United States of America, Christine Sciarrino, Assistant United States Attorney.

                              KEVIN J. O'CONNOR
                              UNITED STATES ATTORNEY

                              *[signature]*

                              CHRISTINE SCIARRINO
                              ATTORNEY BAR NO: CT03393
                              ATTORNEY FOR THE DEPARTMENT OF JUSTICE
                              UNITED STATES ATTORNEY'S OFFICE
                              P. O. BOX 1824
                              NEW HAVEN, CT 06508
                              TELEPHONE: (203) 821-3700
                              FAX: (203) 773-5392
                              E-MAIL: <u>CHRISTINE.SCIARRINO@USDOJ.GOV</u>

<u>Certification</u>

      This is to certify that a copy of the foregoing was mailed postage prepaid on this 20th day of March, 2006 to:

Frank A Pugliano
1390 Memorial Avenue
West Springfield, Massachusetts 01089

_____
Christine Sciarrino