UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States of America,        :

          v.                     :    DOCKET NO: H-90-18 (AHN)

Frank A Pugliano                 :    March 20, 2006

**MOTION FOR EXAMINATION OF JUDGMENT
DEBTOR AND FOR A HEARING ON DEFENDANT'S
ABILITY TO PAY THE JUDGMENT**

The Government in the above-entitled action represents:

1. That judgment was imposed upon the defendant, Frank A Pugliano, before the United States District Court, District of Connecticut, on November 25, 1991. As part of the judgment, the defendant was ordered to pay restitution in the amount of $50,000.00. The defendant's last payment was made on 04-AUG-04 in the amount of $25.00. As of March 20, 2006, total restitution owed by Frank A Pugliano is $47,922.00.

2. On February 3, 2006, the Government served by mail a set of Post Judgment Interrogatories and Request for Production on the defendant, Frank A Pugliano. Although more than 30 days have passed since the service of said Interrogatories and Request for Production, the defendant has not filed any response, or requested extension of time.

Therefore, pursuant to Connecticut Practice Book § 13-20(b)(2), which provides that in the event of a debtor's failure to answer interrogatories, a debtor examination "shall be conducted before the judicial authority", and C.G.S. § 52-351b(c) and F.R.Civ.P.69(a) which authorize the Government to seek "supplemental discovery orders as may be necessary to ensure disclosure", and F.R.Civ.P.37(d), which

authorizes this Court to "make such orders in regard to the failure [to answer interrogatories] as are just", the federal plaintiff respectfully requests that an order be entered requiring the defendant to appear before a Judge or Magistrate Judge of this Court and then and there be examined under oath concerning his property and means of paying said judgment.

The federal plaintiff further moves that as part of the aforesaid order, the defendant be required to produce at the hearing: (1) copies of defendant's income tax records filed for the last two years; (2) all other documents sought by government's Request for Production; and (3) a completed financial statement to assist the Court's evaluation of the defendant's ability to pay. A proposed Order is attached hereto for the Court's consideration.

                          Respectfully Submitted,

                          KEVIN J. O'CONNOR
                          UNITED STATES ATTORNEY

                          CHRISTINE SCIARRINO
                          ATTORNEY BAR NO: CT03393
                          ATTORNEY FOR THE DEPARTMENT OF JUSTICE
                          UNITED STATES ATTORNEY'S OFFICE
                          P. O. BOX 1824
                          NEW HAVEN, CT  06508
                          TELEPHONE: (203) 821-3700
                          FAX: (203) 773-5392
                          E-MAIL: <u>CHRISTINE.SCIARRINO@USDOJ.GOV</u>

C E R T I F I C A T I O N

This is to certify that a copy of the foregoing was mailed postage prepaid on this 20th day of March, 2006 to:

Frank A Pugliano
1390 Memorial Avenue
West Springfield, Massachusetts 01089


_____
CHRISTINE SCIARRINO
ASSISTANT UNITED STATES ATTORNEY