UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2006 MAR 24 P 4: 12

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES OF AMERICA       :

    v.                             :   CASE NO 3:90CR18(AHN)

FRANK A. PUGLIANO               :

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge <u>Holly B. Fitzsimmons</u> for the following purposes:

___ All purposes INCLUDING trial so long as the parties consent to trial before the magistrate judge (orefcs.).

___ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv).

___ To supervise discovery and resolve discovery disputes (orefmisc./dscv).

_X_ A ruling on the following motions which are currently pending (orefm.): <u>Doc. # 224 - Motion For Examination of Judgment Debtor and For A Hearing on Defendant's Ability to Pay the Judgment</u>

___ A settlement conference (orefmisc./cnf):

___ A conference to discuss the following (orefmisc./cnf):

___ Other (orefmisc./misc):

SO ORDERED this 24th day of March, 2006, at Bridgeport, Connecticut.

                                       Alan H. Nevas
                               United States District Judge