UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | NO. H-90-18 (AHN) |
| ) | |
| FRANK PUGLIANO ) | |

FILED
2006 APR 24 A 11: 30
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## MOTION TO CONTINUE

Now comes counsel for the defendant in the above entitled matter, and respectfully requests this Honorable Court to continue the matter presently scheduled for April 21, 2006 to another date convenient to all parties, and as his basis therefore asserts the following;

Counsel for the defendant is presently engaged in trial in the United States District Court in Boston on the matter of United States v. Mohamad Hamade, Docket #04-10214-GAO. The trial is expected to last approximately 7 days or more.

WHEREFORE, counsel requests this matter be rescheduled to another date convenient to all parties.

Respectfully submitted,

THE DEFENDANT

BY: *(signature)*
Vincent A. Bongiorni
95 State Street - Suite 309
Springfield, MA 01103
(413) 732-0222
BBO #049040

## CERTIFICATE OF SERVICE

I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing to AUSA Kevin O'Connor, 157 Church Street, New Haven, CT. 06510 this 19 day of April 2006.

*(signature)*
Vincent A. Bongiorni