UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Docket No. H-90-18 (AHN) |
| : | |
| Frank Pugliano : | |

## POST-JUDGMENT STIPULATION

Whereas, on November 25, 1991, a criminal judgment was entered against the defendant, Frank Pugliano, in which he was ordered to pay a criminal fine in the amount of $50,000.00; and

Whereas, the Government and the defendant, Frank Pugliano, now desire to stipulate to a schedule for the payment of the restitution amount;

Therefore, it is hereby agreed by the Government and Frank Pugliano and ORDERED by this Court that:

1. Frank Pugliano shall make monthly payments of at least $100.00 on the **15th** day of each and every month commencing on **September 1, 2006.**

2. Payments shall be made payable to "Clerk, United States District Court" and mailed to: Clerk's Office, United States District Court, 450 Main Street, Hartford, Connecticut 06103. Checks must reference the above docket number.

3.  The current balance of Mr. Pugliano's criminal debt as of August 4, 2006 is $47,922.00.

4.  Frank Pugliano agrees to complete a financial statement upon the Government's request.

5.  The amount of the monthly payment may be modified by the mutual agreement of the parties or on motion of either party after consideration of Frank Pugliano's financial circumstances.

6.  Frank Pugliano's failure to comply with the payment schedule set forth in Paragraphs 1 above shall entitle to Government to declare the entire balance due immediately and shall further entitle the Government to collect upon this judgment in any manner provided by law, without notice.

7.  In addition to regular monthly payments, in accordance with Paragraph 1, the Government may submit the debt to the Treasury Department for inclusion in the Treasury Offset Program. Under this program, any federal payment to which Frank Pugliano is entitled may be offset and applied to this debt.

Entry of the foregoing stipulation is consented to by:

For the Government:

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

DATED: September 8, 2006

CHRISTINE SCIARRINO
ATTORNEY BAR NO: CT03393
ATTORNEY FOR THE DEPARTMENT OF JUSTICE
UNITED STATES ATTORNEY'S OFFICE
157 CHURCH STREET, 23RD FLOOR
NEW HAVEN, CT  06510
TELEPHONE: (203) 821-3700
FAX: (203) 773-5392
E-MAIL: CHRISTINE.SCIARRINO@USDOJ.GOV

For the Defendant:

DATED:_____

FRANK PUGLIANO
WEST SPRINGFIELD, MASSACHUSETTS 01089

APPROVED and SO ORDERED this 18 day of Sept 2006 at Bridgeport, Connecticut.

ALAN H. NEVAS
UNITED STATES DISTRICT JUDGE

-4-